AO 91 (Rev. 11/82)      **CRIMINAL COMPLAINT**      ORIGINAL

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>WILLIAM GLARNER IV | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>SA 19-207M |

Complaint for violation of Title 21, United States Code, Section 841

| NAME OF MAGISTRATE JUDGE<br>THE HONORABLE EDWARD INFANTE | UNITED STATES MAGISTRATE JUDGE | LOCATION<br>Orange County, California |
|---|---|---|

| DATE OF OFFENSE<br>March 14, 2019 | PLACE OF OFFENSE<br>Orange County | ADDRESS OF ACCUSED (IF KNOWN) |
|---|---|---|

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

[21 U.S.C. § 841 (a)(1), (b)(1)(A)(viii)]

On or about March 14, 2019, in Orange County, within the Central District of California, WILLIAM GLARNER IV aka "Billy" possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841 (a)(1), (b)(1)(A)(viii).

FILED
CLERK, U.S. DISTRICT COURT
MAR 15
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE: N/A

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>Jared Harada |
|---|---|
| | OFFICIAL TITLE<br>Special Agent – Homeland Security Investigations |

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE[1]<br>EDWARD A. INFANTE | DATE<br>March 15, 2019 |
|---|---|

[1] See Federal Rules of Criminal Procedure 3 and 54

AUSA Kathy Yu x2431; Puneet Kakkar x5728

**AFFIDAVIT**

I, Jared Harada, being duly sworn, declare and state as follows:

## I. INTRODUCTION

1. I am a Special Agent ("SA") with the Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI"), and have been so employed since March 2008. I received formal training from the Criminal Investigator Training Program and the Immigration and Customs Enforcement Special Agent Training Program at the Federal Law Enforcement Training Center ("FLETC") in Glynco, Georgia. As part of the training at FLETC, I received extensive instruction pertaining to narcotics trafficking, money laundering, electronic and physical surveillance procedures, as well as the preparation and execution of search and arrest warrants. Prior to my employment with HSI, I was an agent with the State of California Alcoholic Beverage Control. I am currently assigned to the HSI office in Orange County, California, where I conduct investigations into money laundering and narcotics trafficking.

2. Throughout my career as a SA with HSI, I have been the case agent and have assisted on multiple investigations involving narcotics trafficking and money laundering in the Southern California area. These investigations have focused on narcotics distribution, the laundering of narcotics proceeds, monetary instruments derived from narcotics activities, and conspiracies associated with narcotics offenses. I have

debriefed defendants, informants, and witnesses who have personal knowledge regarding narcotics trafficking organizations. I have participated in narcotics investigations, of numerous individuals involved in the distribution, possession, and manufacture of controlled substances, such as cocaine, methamphetamine, marijuana, and heroin. I have also participated in the execution of search and arrest warrants involving drug trafficking and money laundering crimes.

## II. PURPOSE OF AFFIDAVIT

3. This affidavit is made in support of an application for an arrest warrant and criminal complaint against William "Billy" GLARNER IV ("B. GLARNER") for violations of 21 U.S.C. § 841 (a)(1), (b)(1)(A)(viii) (Possession with Intent to Distribute a Controlled Substance).

4. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses, as well as my conversations and analysis with more experienced agents and officers who are familiar with drug trafficking. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### III. SUMMARY OF PROBABLE CAUSE

5.  Since March 2018, HSI and Costa Mesa Police Department ("CMPD") began an investigation into B. GLARNER while conducting a concurrent investigation into another known narcotics trafficker. In September 2018, law enforcement obtained and executed a search warrant on B. GLARNER's residence and seized, among other things, approximately 41.88 grams of heroin, 3.13 grams of methamphetamine, and seven digital devices. One of the digital devices law enforcement reviewed – pursuant to a federal search warrant – was B. GLARNER's computer, which contained a backup of B. GLARNER's text messages with others, wherein he asked for "50" pounds of drugs.

6.  Moreover, on March 14, 2019, law enforcement seized over 3 pounds of suspected methamphetamine from B. GLARNER from searches of his residences and cars.

### IV. STATEMENT OF PROBABLE CAUSE

**A.   A Search of B. GLARNER's RESIDENCE and Seizure of Approximately 41.88 Grams of Suspected Heroin, and 3.13 Grams of Methamphetamine**

   1. <u>Irvine Police Department called to B. GLARNER's residence</u>

7.  On September 12, 2018, I received information from Irvine Police Department ("IPD") about patrol officers being dispatched to 1207 Terra Bella, Irvine, California (the "Bella Tera Residence," later determined to be B. GLARNER's residence). IPD stated that they were called by the security officer of the community in which the Bella Tera Residence is situated due to a gas line leak and water leak. IPD informed me that upon IPD's

arrival to the residence, Officer Weiland observed the water leak and noted that B. GLARNER's front door was missing the whole locking mechanism. Officer Weiland was able to see into the unit through the hole in the door and noted that the lights were on in the unit.

8. B. GLARNER then showed up to the residence and verbally identified himself to IPD. B. GLARNER said he was unaware of the deadbolt/locking mechanism missing from his door and thought his apartment may have been burglarized. B. GLARNER then gave permission to the officers to enter the unit to check for further signs of a burglary.

9. IPD officers then entered the residence and located a water leak in the laundry room. As they continued through the residence they observed, in the master bedroom, in plain view, approximately 10 United Stated Postal Service flat-rate boxes. On the desk of the master bedroom, in plain view, IPD officers saw a cereal bowl that had two and one-half golf-ball sized chunks of a dark brown/black tar like substance. Next to the bowl was a spoon containing a dark brown liquid, a digital scale, and numerous sandwich sized plastic baggies. IPD then contacted CMPD Detective Josef Saar and me about B. GLARNER.

10. Based on the above-referenced statements and observations, on September 13, 2018, CMPD obtained a search warrant for B. GLARNER's residence from the Honorable Sherri L. Honer of the Superior Court of California, Orange County.

11. During the search of the residence, Detective Saar advised me that he seized approximately 41.88 grams of suspected

heroin, 3.13 grams of suspected methamphetamine, and seven digital devices from B. GLARNER's residence.

### B. B. GLARNER'S Phone Show Communications Where He Agreed to Sell 50 Pounds of Methamphetamine in December 2017

12. Based on the information mentioned above, on September 27, 2018, I obtained a search warrant from the Honorable Douglas F. McCormick, United States Magistrate Judge, Central District of California, to search the seven digital devices related to B. GLARNER that Detective Saar had seized pursuant to the above-mentioned state search warrant.

13. Based on my review of B. GLARNER's EVGA Computer Tower (S/N: 4517299704; memory and storage capacity not known), I am aware that located on the hard drive of the computer was a back-up file of B. GLARNER's Apple devices.

14. Stored on the back-up file were text messages between a number ending in 8423 and B. GLARNER from December 19, 2017 to December 22, 2017. They exchanged the following messages, among other things:

| TIME | FROM | TO | MESSAGE |
|---|---|---|---|
| 12/19/2017 07:11:41 PM | -8423 | B. GLARNER | K I'm ready fam how many? |
| 12/19/2017 07:13:47 PM | B. GLARNER | -8423 | A lot bro. |
| 12/19/2017 07:17:49 PM | -8423 | B. GLARNER | K I have 13 and half ps rn and should I order more for today b 4 u get here |
| 12/19/2017 07:40:43 PM | -8423 | B. GLARNER | Or is that good for today?? |
| 12/19/2017 07:51:07 PM | -8423 | B. GLARNER | I can get a 100 ps asap |

| | | | |
|---|---|---|---|
| | | | today just let me kno and I get it fam |
| 12/19/2017 08:12:53 PM | B. GLARNER | -8423 | That's enough for today. I need like 25 more |
| 12/19/2017 08:14:52 PM | -8423 | B. GLARNER | Ok coo I'll put in an Oder for 25 more then or 30? |
| 12/19/2017 08:15:31 PM | B. GLARNER | -8423 | Lol just get a lot. Should be big next 2 weeks |
| 12/19/2017 08:15:38 PM | B. GLARNER | -8423 | Prob 50 total |
| 12/19/2017 08:23:35 PM | -8423 | B. GLARNER | Ok coo he'll ya fam I'm down |
| 12/22/2017 12:40:31 AM | B. GLARNER | -8423 | [photo of container on scale] |
| 12/22/2017 12:40:31 AM | B. GLARNER | -8423 | That's all shake plus they're starting to drop in weight again. This one was 442. |
| 12/22/2017 1:00:49 AM | -8423 | B. GLARNER | Damn fam they said they have ones rn that are all chunks no shake I haven't got anything yet tho I'm waiting 2 see if you wanna get more or not fam |
| 12/22/2017 1:39:26 AM | B. GLARNER | -8423 | Yes I need more for sure |

| 12/22/2017 1:39:58 AM | B. GLARNER | -8423 | Get like 50 but seriously man they're getting under weight and all shake. Please I don't want to keep going in circles with these guys |

        a.    Based on my training, experience, conversations with other agents, and knowledge of this investigation, I believe the person using the number ending in -8423 and B. GLARNER were using coded language to coordinate narcotics transaction, in the above messages. I believe B. GLARNER was asking for up to 25 pounds of methamphetamine on December 19, 2017.

        b.    On December 22, 2017, as excerpted above, B. GLARNER texted a photo of what appeared to be a clear plastic bowl containing a white crystalized substance on a scale. B. GLARNER then that he needed "50" pounds, but said that the product was "starting to drop in weight again" and all "shake." I believe that B. GLARNER was saying that the methamphetamine he just purchased from the person with the number ending in -8423 was in smaller pieces (shake, not the best quality) and not the full weight as purchased.

        c.    In addition, based on my training and experience, the photo B. GLARNER texted the number ending in -8423 was a photo of the methamphetamine that he just obtained from the number ending in -8423 showing that it was in small pieces and not "chunks."

### C. Searches of B. GLARNER'S Residences and Cars Lead to Seizures of over 3 Pounds of Methamphetamine

15. On March 14, 2019, law enforcement seized over 3 pounds of suspected methamphetamine from B. GLARNER from searches of his residences and cars. Materials consistent with packaging narcotics, such as mailing bags with handwritten numbers that appeared to correspond with the weight of the suspected narcotics contained therein, were recovered from a car believed to belong to B. GLARNER. B. GLARNER was arrested at approximately 12:30 P.M.

16. On the same day, HSI SA Isaac Steele and SA Aaron Gutierrez conducted presumptive field tests of the suspected methamphetamine seized from B. GLARNER. SA Gutierrez told me the substances field-tested positive for methamphetamine with the total amount weighing approximately 1,550 gross grams.[1]

### V. CONCLUSION

17. For all the reasons described above, and based on my training, education, experience, and participation in this investigation, there is probable cause to believe that

//
//

---

[1] Due to the fact that the suspected methamphetamine was seized from various places attributable to B. GLARNER, law enforcement has only tested a sampling to date for the purposes of this Complaint. A full laboratory analysis will follow.

B. GLARNER is in violation of 21 U.S.C. § 841 (a)(1), (b)(1)(A)(viii) (Possession with Intent to Distribute a Controlled Substance).

JARED HARADA, Special Agent
Homeland Security
Investigations

Subscribed to and sworn before me this 15 day of March, 2019.

HONORABLE ~~KAREN E. SCOTT~~ EDWARD A. INFANTE
UNITED STATES MAGISTRATE JUDGE